**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Thomas W. NELSON, Respondent.**

**No. 329, Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

May 29, 1997.

### ORDER

PER CURIAM:

AND NOW, this 29th day of May, 1997, upon consideration of an Order of the Disciplinary Board of the Supreme Court of Pennsylvania dated April 17, 1997, it is hereby

ORDERED that THOMAS W. NELSON be subjected to a PUBLIC CENSURE by the Supreme Court.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.